IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

OTIS HARVEY                                                                                            PLAINTIFF

VS.                                         CASE NO. 12-CV-1121

GEORGIA-PACIFIC, LLC                                                                       DEFENDANT

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Defendant Georgia-Pacific, LLC ("GP"). ECF No. 16. Plaintiff has filed a response (ECF No. 21), and GP has filed a reply. ECF No. 25. The Court finds that this matter is ripe for consideration. For the reasons stated in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment should be and hereby is **GRANTED**. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 5th day of September, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge